IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00882–KMT

ROSS DEPORTER,

    Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY d/b/a COLLECTIONCENTER, INC.,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The Stipulated Motion to Dismiss with Prejudice (Doc. No. 29, filed June 19, 2015) is GRANTED.  This case is DISMISSED with prejudice.

Dated: June 19, 2015